**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| FRED DEVRIES and RUBY TEICH, individually and on behalf all others similarly situated,<br><br>        Plaintiff<br><br>  v.<br><br>MORGAN STANLEY & CO. LLC, f/k/a Morgan Stanley & Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY,<br><br>        Defendants. | Case No. 9:12-cv-81223-KAM |

**DEFENDANTS' NOTICE OF FILING DECLARATIONS IN OPPOSITION TO
PLAINTIFFS' MOTION TO CONDITIONAL CERTIFICATION**

  Defendants, Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney LLC, and Morgan Stanley, by and through undersigned counsel, hereby file the following declarations in opposition to Plaintiffs' Motion for Conditional Certification:

•   Declaration of Mark E. Zelek and exhibits cited therein; and

•   Declaration of Katherine Koutsantonis and exhibits cites therein.

Dated: July 12, 2013					Respectfully submitted,

/s/ *Mark E. Zelek*
Mark E. Zelek
Florida Bar. No. 66773
Email: mzelek@morganlewis.com
Annika E. Ashton, Esq.
Florida Bar No. 53970
Email: aashton@morganlewis.com
Morgan, Lewis & Bockius, LLP
200 S. Biscayne Blvd, Suite 5300
Miami, FL 33131

Thomas A. Linthorst, Esq.
(*admitted pro hac vice*)
Email: tlinthorst@morganlewis.com
Michelle Seldin Silverman, Esq.
(*admitted pro hac vice*)
Email: ssilverman@morganlewis.com
Morgan, Lewis & Bockius, LLP
502 Carnegie Center
Princeton, NJ 08540

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants' Rule 26(a)(1) Initial Disclosures was served via electronic mail and U.S. mail, on July 12, 2013, upon the following:

Gregg I Shavitz, Esq.
Susan H. Stern, Esq.
Paolo C. Miereles, Esq.
**SHAVITZ LAW GROUP, P.A.**
1515 South Federal Highway, Suite 404
Boca Raton, FL 33432
Tel: (561) 447-8888; Fax: (561) 447-8831

**and**

Seth R. Lesser, Esq. (admitted *pro hac vice*)
Fran L. Rudich, Esq.(admitted *pro hac vice*)
Michael Palitz, Esq.(admitted *pro hac vice*)
Rachel Aghassi, Esq. (admitted pro hac vice)
**KLAFTER, OLSEN & LESSER, LLP**
Two International Drive, Suite 350
Rye Brook, NY 10573
Tel:  914-934-9200; (Fax) 914-934-9220

*Attorneys for Plaintiffs and the Putative Class*


/s/ *Mark E. Zelek*_____
Mark E. Zelek