IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FRED DEVRIES and RUBY TEICH, individually
and on behalf all others similarly situated,

    Plaintiff

v.

MORGAN STANLEY & CO. LLC,
f/k/a Morgan Stanley & Co. Incorporated,
MORGAN STANLEY SMITH BARNEY LLC,
and MORGAN STANLEY,

    Defendants.

Case No. 9:12-cv-81223-KAM

## DECLARATION OF MARK E. ZELEK

I, Mark E. Zelek, declare the following:

1. I am an attorney with the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendants in the above-captioned lawsuit. I have personal knowledge of the statements made in this Declaration.

2. During the five month discovery period in this case, Defendants took the depositions of Ruby Teich, Michael Aversano, Scott Belshaw, Kent Jasperse, and Kimberly Munsell. Both sides exchanged interrogatories and requests to produce and produced extensive documentation.

3. Plaintiffs' counsel has sent a continuous series of targeted email and LinkedIn solicitations about this case to approximately 136 pre-production Financial Advisor Associates (including twice to 20 individuals and three and four times to two others), providing them with a one-sided notice claiming that MSSB pre-production FAAs are not paid for all time worked, and

the vast majority have declined to join or participate. Attached hereto as Exhibit 1 are true and correct copies of those solicitations.

    4.    Attached as Exhibit 2 is a copy of *Miranda v. Blockbuster Inc.*, No. 04-CV-21810, Doc. No. 155 (S.D. Fla. March 14, 2005).

    5.    Attached as Exhibit 3 is a copy of *Seward v. Intl' Bus. Machs. Corp.*, No. 08-cv-3976, Doc. No. 170 (S.D.NY. Jan. 20, 2012).

    6.    Attached as Exhibit 4 is a copy of *Creel v. Tuesday Morning, Inc.*, No. 2:09cv728-MHT, Doc. No. 45 (M.D. Ala. May 6, 2013).

    7.    Attached as Exhibit 5 is a copy of *Webber v. Coast Dental, P.A.*, No. 8:12-cv-1505-T33 AEP, Doc. No. 48 (M.D. Fla. Mar. 11, 2013).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 12th day of July 2013.

                                              */s/ Mark E. Zelek*
                                              Mark E. Zelek