# EXHIBIT "1"

6/26/13                                                    Inbox | LinkedIn

Home      Profile      Network      Jobs        Interests                                    Premium Solutions        Upgrade

Search...                                    Advanced

Ads by LinkedIn Members

Search Inbox

Compose Message

Inbox

Sent

   Message detail

Archived

Trash

LinkedIn Premium

**Did you know?**
You can purchase additional InMail credits with just a few clicks?

**Get More InMails**

Sent Messages       Sent Invitations

Reply All     Forward     Archive     Delete

**Advertisement regarding Morgan Stanley Financial Advisor Associates**

**Gregg I. Shavitz** · Attorney
InMail Feedback: ☆☆☆☆☆
To: Thomie Venisee

Category: Job inquiry
Status: Expired
Date: January 31, 2013

Advertisement
If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
If you would like more information about this lawsuit against Morgan Stanley, please call us toll-free at 888-221-9243, or contact us via email at info@helpingworkers.com.

More information about this investigation, our law firm and our experience in representing employees is available at www.HelpingWorkers.com . Founded in 1999, the Shavitz Law Group, P.A., helps employees by handling a wide variety of lawsuits against employers that do not properly pay their employees for all their hours worked.

Sincerely,

Gregg I. Shavitz, Esq.

—————————————
Shavitz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
—————————————

—————————————
The Shavitz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.
—————————————

Withdraw

**Get Business Financing**

Boost your Working Capital with Financial Solutions from Cash Flow Direct.

**Gesture Presentation**

Command your slide show using your hands only.

**Franchise Opportunity!**

Over 50 years of experience. Sign Up Online for Investor Details.

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language
**Upgrade Your Account**
LinkedIn Corporation © 2013   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

PLAINTIFF 00734

Inbox | LinkedIn

Search…                                    Advanced

Home    Profile    Network    Jobs    Interests                     Premium Solutions    Upgrade

Ads by LinkedIn Members

Search Inbox

Compose Message

Inbox

Sent

Message detail

Archived

Trash

LinkedIn Premium

Did you know?
You can purchase
additional InMail credits
with just a few clicks?

Get More InMails

Sent Messages    Sent Invitations

Reply All    Forward    Archive    Delete

## Attorney Advertising regarding Morgan Stanley Financial Advisor Associates

Gregg I. Shavitz
InMail Feedback: ☆☆☆☆☆
To: Financial Consultant at
E*TRADE Financial

Category: Job inquiry
Status: Expired
Date: January 31, 2013

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR
ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial
Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
If you would like more information about this lawsuit against Morgan Stanley, please call us
toll-free at 888-221-9243, or contact us via email at info@helpingworkers.com.

More information about this investigation, our law firm and our experience in representing
employees is available at www.HelpingWorkers.com . Founded in 1999, the Shavitz Law
Group, P.A., helps employees by handling a wide variety of lawsuits against employers that
do not properly pay their employees for all their hours worked.

Sincerely,

Gregg I. Shavitz, Esq.

_____
Shavitz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432

_____
The Shavitz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

**Are you hiring?**
Post to job boards, manage
candidates and hire the right
person.

**Marketing Agency**
We understand marketing is
about driving revenue - not
winning awards.

**Entrepreneur/Owner?**
Update your profile to promote
your business to local
customers for free!

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language
Upgrade Your Account
LinkedIn Corporation © 2013   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

6/26/13

Inbox | LinkedIn

Search...

Advanced

634

Home    Profile    Network    Jobs    Interests

Premium Solutions    Upgrade

Ads by LinkedIn Members

Search Inbox

Compose Message

Inbox

Sent

   Message detail

Archived

Trash

LinkedIn Premium

*Did you know?*

You can upgrade your account to get up to 25 InMails per month?

Upgrade Your Account

Sent Messages | Sent Invitations

Reply All    Forward    Archive    Delete

## Attorney Advertising regarding Morgan Stanley Financial Advisor Associates

Gregg I. Shavtz
InMail Feedback: ☆☆☆☆☆
To: —

Category: **Job inquiry**
Status: Expired
Date: **January 31, 2013**

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
If you would like more information about this lawsuit against Morgan Stanley, please call us toll-free at 888-221-9243, or contact us via email at info@helpingworkers.com.

More information about this investigation, our law firm and our experience in representing employees is available at www.HelpingWorkers.com . Founded in 1999, the Shavtz Law Group, P.A., helps employees by handling a wide variety of lawsuits against employers that do not properly pay their employees for all their hours worked.

Sincerely,

Gregg I. Shavtz, Esq.

_____

Shavtz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432

_____

_____
The Shavtz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

**Ghurka Leather Briefcases**

Handmade in Norwalk, Connecticut. Superior Craftsmanship Since 1975.

**Amazon Mechanical Turk**

Mechanical Turk's Workforce can scale with your workload. Learn more here.

**I Googled You...**

Unwanted search results? Clear them now. Guaranteed results.

PLAINTIFF 00736

6/26/13                                          Inbox | LinkedIn

Search...                    [Advanced]                                    Premium Solutions    Upgrade

Home    Profile    Network    Jobs    Interests

Ads by LinkedIn Members

Search Inbox

Compose Message

| Sent Messages | Sent Invitations |

Reply All    Forward    Archive    Delete

Inbox

Sent

Message detail

Archived

Trash

LinkedIn Premium

**Did you know?**
You can purchase additional InMail credits with just a few clicks?

[Get More InMails]

**Attorney Advertising regarding Morgan Stanley Financial Associate Advisors**

Gregg I. Shavtz
InMail Feedback: ☆☆☆☆☆
To: Strategic Projects - UBS

Category: Job inquiry
Status: Expired
Date: January 31, 2013

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
If you would like more information about this lawsuit against Morgan Stanley, please call us toll-free at 888-221-9243, or contact us via email at info@helpingworkers.com.

More information about this investigation, our law firm and our experience in representing employees is available at www.HelpingWorkers.com . Founded in 1999, the Shavtz Law Group, P.A., helps employees by handling a wide variety of lawsuits against employers that do not properly pay their employees for all their hours worked.

Sincerely,

Gregg I. Shavtz, Esq.

————————————
Shavtz Law Group
1515 S. Federal Hwy., Suite 404
Boca Raton, FL 33432

————————————
The Shavtz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

**Tech built for business**

Development made easy. Guaranteed delivery, no long term commitment.

**Franchise Opportunities**

MULTIVISTA

Join Multivista Systems in a new marketplace. Contact us now to learn more.

**Attention: All SMB Owners**

It's Time to Virtualize Your Network. See the Benefits. Free Whitepaper!

PLAINTIFF 00737

6/26/13

Inbox | LinkedIn

Search...

Advanced

Home    Profile    Network    Jobs    Interests

Premium Solutions    Upgrade

Ads by LinkedIn Members

**Animated Demo Videos**

The Proven Conversion Rate Booster. Animated Demos & Explainer Videos

**Open your own business**

Buy a franchise that lets you call the shots. Download free information.

**Cash for your Used Copier**

We buy all makes and models through out the US. Easy transaction fast pay

Search Inbox

Compose Message

Inbox

Sent

Message detail

Archived

Trash

LinkedIn Premium

*Did you know?*
You can upgrade your account to get up to 25 InMails per month?

**Upgrade Your Account**

Sent Messages    Sent Invitations

Reply All    Forward    Archive    Delete

### Attorney Advertising regarding Morgan Stanley Financial Advisor Associates

Gregg I. Shavitz
InMail Feedback: ☆☆☆☆☆
To: Business Logistics Professional

Category: Job inquiry
Status: Expired
Date: January 31, 2013

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
If you would like more information about this lawsuit against Morgan Stanley, please call us toll-free at 888-221-9243, or contact us via email at info@helpingworkers.com.

More information about this investigation, our law firm and our experience in representing employees is available at www.HelpingWorkers.com . Founded in 1999, the Shavitz Law Group, P.A., helps employees by handling a wide variety of lawsuits against employers that do not properly pay their employees for all their hours worked.

Sincerely,

Gregg I. Shavitz, Esq.

————————————
Shavitz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432

————————————
The Shavitz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

Help Center    About    Press    Blog    Careers    Advertising    Talent Solutions    Tools    Mobile    Developers    Publishers    Language

Upgrade Your Account

LinkedIn Corporation © 2013    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

6/26/13                                                    Inbox | LinkedIn

Search...                                          Advanced

Home    Profile    Network    Jobs    Interests                    Premium Solutions    Upgrade

Ads by LinkedIn Members

**Amazon Mechanical Turk**

Mechanical Turk's Workforce can scale with your workload. Learn more here.

**I Googled You...**

Unwanted search results? Clear them now. Guaranteed results.

**Animated Demo Videos**

The Proven Conversion Rate Booster. Animated Demos & Explainer Videos

| Sent Messages | Sent Invitations |
| --- | --- |

Reply All    Forward    Archive    Delete

Search Inbox

Compose Message

Inbox

Sent

   Message detail

Archived

Trash

LinkedIn Premium

*Did you know?*
You can purchase additional InMail credits with just a few clicks?

**Get More InMails**

### Attorney Advertising regarding Investigation of Morgan Stanley

**Gregg I. Shavtz**
InMail Feedback: ☆☆☆☆☆
To: Financial Services/ Jr. Analyst

Category: **Job inquiry**
Status: **Expired**
Date: **December 11, 2012**

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

INVESTIGATION OF MORGAN STANLEY

This is to inform you of our investigation of Morgan Stanley. Please contact us if you have information about Financial Advisor Associates (FAA) who:

• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, and if Morgan Stanley classified Financial Advisor Associates (FAA) as "exempt" from overtime pay; or

• worked through lunch or meal breaks, and as a result, worked without being paid properly; or

• worked other overtime hours "off-the-clock" without being paid overtime wages properly.

Under the law, the job title chosen by the employer does not control whether an employee is entitled to overtime wages, and the fact the employer paid a salary does not control either. Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily performs on the job.

Please call us toll-free at:

(888) 940-9111

or contact us via email at

Info@HelpingWorkers.com.

Our law firm's experience in representing employees is available at www.HelpingWorkers.com . Founded in 1999, the Shavitz Law Group, P.A., helps employees by handling a wide variety of lawsuits against employers that do not properly pay their employees for all their hours worked. The Shavitz Law Group, P.A. has lawyers licensed in states that include Florida, New York and New Jersey.

Sincerely,

Gregg I. Shavitz, Esq.

Withdraw

Help Center    About    Press    Blog    Careers    Advertising    Talent Solutions    Tools    Mobile    Developers    Publishers    Language

**Upgrade Your Account**

LinkedIn Corporation © 2013    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

PLAINTIFF 00739

6/26/13                                                    Inbox | LinkedIn

Search...                    [  ] Advanced                              👤

Home    Profile    Network    Jobs    Interests          Premium Solutions    Upgrade

Ads by LinkedIn Members

| Search Inbox | | | **Tech built for business** |
|---|---|---|---|

Compose Message

| **Sent Messages** | **Sent Invitations** |
|---|---|

Reply All   Forward   Archive   Delete

Inbox

Sent

  Message detail

Archived

Trash

LinkedIn Premium 🔗

**Did you know?**
You can purchase additional InMail credits with just a few clicks? ↘

[ Get More InMails ]

### Legal Advertisement regarding Investigation of Morgan Stanley

**Gregg I. Shavitz**
InMail Feedback: ☆☆☆☆☆
To: Sr. Relationship Specialist at Charles Schwab & Co.

Category: Job inquiry
Status: Expired
Date: December 11, 2012

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

**INVESTIGATION OF MORGAN STANLEY**

This is to inform you of our investigation of Morgan Stanley. Please contact us if you have information about Financial Advisor Associates (FAA) who:

• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, and if Morgan Stanley classified Financial Advisor Associates (FAA) as "exempt" from overtime pay; or

• worked through lunch or meal breaks, and as a result, worked without being paid properly; or

• worked other overtime hours "off-the-clock" without being paid overtime wages properly.

Under the law, the job title chosen by the employer does not control whether an employee is entitled to overtime wages, and the fact the employer paid a salary does not control either. Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily performs on the job.

Please call us toll-free at:

(888) 940-9111

or contact us via email at

Info@HelpingWorkers.com.

Our law firm's experience in representing employees is available at www.HelpingWorkers.com . Founded in 1999, the Shavitz Law Group, P.A., helps employees by handling a wide variety of lawsuits against employers that do not properly pay their employees for all their hours worked. The Shavitz Law Group, P.A. has lawyers licensed in states that include Florida, New York and New Jersey.

Sincerely,

Gregg I. Shavitz, Esq.

Withdraw

**Development made easy. Guaranteed delivery, no long term commitment.**

**Franchise Opportunities**

Join Multivista Systems in a new marketplace. Contact us now to learn more.

**Attention: All SMB Owners**

It's Time to Virtualize Your Network. See the Benefits. Free Whitepaper!

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language

**Upgrade Your Account**

LinkedIn Corporation © 2013   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

PLAINTIFF 00740

6/26/13                                                    Inbox| LinkedIn

Search...                                    Advanced

Home    Profile    Network    Jobs    Interests                                    Premium Solutions    Upgrads

Search Inbox

Compose Message

Inbox
Sent
    Message detail
Archived
Trash

LinkedIn Premium

**Did you know?**
You can upgrade your
account to get up to
25 InMails per month?

**Upgrade Your Account**

| Sent Messages | Sent Invitations |

Reply All   Forward   Archive   Delete

### Advertising Material regarding Investigation of Morgan Stanley

**Gregg I. Shavitz** · Attorney
InMail Feedback: ☆☆☆☆☆
Email: kjrock1971@yahoo.com
To: **Kent Jasperse**

Category: **Job inquiry**
Status: **Responded**
Date: **December 11, 2012**

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

INVESTIGATION OF MORGAN STANLEY

This is to inform you of our investigation of Morgan Stanley. Please contact us if you have
information about Financial Advisor Associates (FAA) who:

• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, and if Morgan Stanley classified Financial
Advisor Associates (FAA) as "exempt" from overtime pay; or
• worked through lunch or meal breaks, and as a result, worked without being paid properly;
or

• worked other overtime hours "off-the-clock" without being paid overtime wages properly.

Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.

Please call us toll-free at:

(888) 940-9111

or contact us via email at

Info@HelpingWorkers.com.

Our law firm's experience in representing employees is available at
www.HelpingWorkers.com . Founded in 1999, the Shavitz Law Group, P.A., helps employees
by handling a wide variety of lawsuits against employers that do not properly pay their
employees for all their hours worked. The Shavitz Law Group, P.A. has lawyers licensed in
states that include Florida, New York and New Jersey.
Sincerely,

Gregg I. Shavitz, Esq.

Ads by LinkedIn
Members

**Professional MBA
Weekend**

FIU
Business

18 months, Saturdays in
Pembroke Pines. Learn more
at June 29 Brow ard event

**Attn: Attorneys &
Lawyers**

Our Customers Need You!
Get 10 Free Leads for New
Clients Today!

**Entrepreneurs:**

Get business email,
documents, meetings and
more. Free Trial.

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language
Upgrade Your Account
LinkedIn Corporation © 2013    User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

6/26/13                                    Inbox | LinkedIn

Search...                    Advanced

Home    Profile    Network    Jobs    Interests                    Premium Solutions    Upgrade

Search Inbox

Compose Message

Sent Messages | Sent Invitations

Reply All   Forward   Archive   Delete

### Legal Advertisment regarding Investigation of Morgan Stanley:

Gregg I. Shavtz
InMail Feedback: ☆☆☆☆☆
To: Hedge Fund Accountant at
JPMorgan Chase

Category: Job inquiry
Status: Expired
Date: December 11, 2012

Inbox
Sent
  Message detail
Archived
Trash

LinkedIn Premium

**Did you know?**
You can purchase additional InMail credits with just a few clicks?

**Get More InMails**

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

INVESTIGATION OF MORGAN STANLEY

This is to inform you of our investigation of Morgan Stanley. Please contact us if you have information about Financial Advisor Associates (FAA) who:

• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, and if Morgan Stanley classified Financial Advisor Associates (FAA) as "exempt" from overtime pay; or

• worked through lunch or meal breaks, and as a result, worked without being paid properly; or

• worked other overtime hours "off-the-clock" without being paid overtime wages properly.

Under the law, the job title chosen by the employer does not control whether an employee is entitled to overtime wages, and the fact the employer paid a salary does not control either. Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily performs on the job.

Please call us toll-free at:

(888) 940-9111

or contact us via email at

Info@HelpingWorkers.com.

Our law firm's experience in representing employees is available at www.HelpingWorkers.com . Founded in 1999, the Shavtz Law Group, P.A., helps employees by handling a wide variety of lawsuits against employers that do not properly pay their employees for all their hours worked. The Shavtz Law Group, P.A. has lawyers licensed in states that include Florida, New York and New Jersey.

Sincerely,

Gregg I. Shavtz, Esq.

Withdraw

Ads by LinkedIn Members

**Marketing Agency**
We understand marketing is about driving revenue - not winning awards.

**Entrepreneur/Owner**
Update your profile to promote your business to local customers for free!

**Ghurka Leather Briefcases**
Handmade in Norwalk, Connecticut. Superior Craftsmanship Since 1975.

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language
Upgrade Your Account
LinkedIn Corporation © 2013   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

6/26/13                                                          Inbox | LinkedIn

Search...                                    Advanced

Home      Profile      Network      Jobs      Interests                    Premium Solutions      Upgrade

Ads by LinkedIn Members

Search Inbox

Compose Message

Inbox

Sent

Message detail

Archived

Trash

LinkedIn Premium

**Did you know?**
You can upgrade your
account to get up to
25 InMails per month?

**Upgrade Your Account**

| Sent Messages | Sent Invitations |
|---|---|

Reply All    Forward    Archive    Delete

### Advertising Material regarding Investigation of Morgan Stanley

**Gregg I. Shavtz**
InMail Feedback: ☆☆☆☆☆
To: Internal Business          Category: Job inquiry
Consultant                     Status: Expired
                               Date: December 11, 2012

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

INVESTIGATION OF MORGAN STANLEY

This is to inform you of our investigation of Morgan Stanley. Please contact us if you have
information about Financial Advisor Associates (FAA) who:

• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, and if Morgan Stanley classified Financial
Advisor Associates (FAA) as "exempt" from overtime pay; or

• worked through lunch or meal breaks, and as a result, worked without being paid properly;
or

• worked other overtime hours "off-the-clock" without being paid overtime wages properly.

Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.

Please call us toll-free at:

(888) 940-9111

or contact us via email at

Info@HelpingWorkers.com.

Our law firm's experience in representing employees is available at
www.HelpingWorkers.com . Founded in 1999, the Shavtz Law Group, P.A., helps employees
by handling a wide variety of lawsuits against employers that do not properly pay their
employees for all their hours worked. The Shavtz Law Group, P.A. has lawyers licensed in
states that include Florida, New York and New Jersey.

Sincerely,

Gregg I. Shavtz, Esq.

Withdraw

**Need Business
Financing?**

Find Financial Solutions for
your Business Today with
Cash Flow Direct.

**Franchise
Opportunity!**

Over 50 years of experience.
Sign Up Online for Investor
Details.

**Are you hiring?**

Post to job boards, manage
candidates and hire the right
person.

Help Center    About    Press    Blog    Careers    Advertising    Talent Solutions    Tools    Mobile    Developers    Publishers    Language

Upgrade Your Account

LinkedIn Corporation © 2013    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

PLAINTIFF 00743

6/26/13                                                    Inbox | LinkedIn

Search...                                    Advanced

Home     Profile     Network     Jobs     Interests                    Premium Solutions     Upgrade

Sent Messages     Sent Invitations

Reply All     Forward     Archive     Delete

Search Inbox

Compose Message

Inbox

Sent

    Message detail

Archived

Trash

LinkedIn Premium

**Did you know?**
You can upgrade your
account to get up to
25 InMails per month?

Upgrade Your Account

### Legal Advertisement regarding Investigation of Morgan Stanley

Gregg I. Shavtz
InMail Feedback: ☆☆☆☆☆
To: Corporate Action Specialist
at State Street

Category: Job inquiry
Status: Expired
Date: December 11, 2012

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

INVESTIGATION OF MORGAN STANLEY

This is to inform you of our investigation of Morgan Stanley. Please contact us if you have
information about Financial Advisor Associates (FAA) who:

• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, and if Morgan Stanley classified Financial
Advisor Associates (FAA) as "exempt" from overtime pay; or

• worked through lunch or meal breaks, and as a result, worked without being paid properly;
or

• worked other overtime hours "off-the-clock" without being paid overtime wages properly.

Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.

Please call us toll-free at:

(888) 940-9111

or contact us via email at

Info@HelpingWorkers.com.

Our law firm's experience in representing employees is available at
www.HelpingWorkers.com . Founded in 1999, the Shavtz Law Group, P.A., helps employees
by handling a wide variety of lawsuits against employers that do not properly pay their
employees for all their hours worked. The Shavtz Law Group, P.A. has lawyers licensed in
states that include Florida, New York and New Jersey.

Sincerely,

Gregg I. Shavtz, Esq.

Withdraw

**Professional MBA Weekend**

**FIU** Business     Learn More »

18 months, Saturdays in
Pembroke Pines. Learn more
at June 29 Broward event

**Are you a Manager?**

Learn More »

Earn an Executive MBA from
Jack Welch and become a
better leader today.

**Skilled UX/UI developer**

Learn More »

An entrepreneur with great
programming skills.

Ads

Help Center    About    Press    Blog    Careers    Advertising    Talent Solutions    Tools    Mobile    Developers    Publishers    Language

Upgrade Your Account

LinkedIn Corporation © 2013     User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

PLAINTIFF 00744

6/26/13                                      Inbox | LinkedIn

Search...                          Advanced

Home     Profile     Network     Jobs     Interests                              Premium Solutions     Upgrade

Search Inbox

Compose Message

Inbox

Sent

  Message detail

Archived

Trash

LinkedIn Premium

**Did you know?**
You can purchase
additional InMail credits
with just a few clicks?

[ Get More InMails ]

| Sent Messages | Sent Invitations |

Reply All   Forward   Archive   Delete

## Attorney Advertising regarding Investigation of Morgan Stanley

**Gregg I. Shavitz**
InMail Feedback: ☆☆☆☆☆
To: Home Remodeling
Consultant

Category: Job inquiry
Status: In Progress
Date: December 11, 2012

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

INVESTIGATION OF MORGAN STANLEY

This is to inform you of our investigation of Morgan Stanley. Please contact us if you have information about Financial Advisor Associates (FAA) who:

• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, and if Morgan Stanley classified Financial Advisor Associates (FAA) as "exempt" from overtime pay; or

• worked through lunch or meal breaks, and as a result, worked without being paid properly; or

• worked other overtime hours "off-the-clock" without being paid overtime wages properly.

Under the law, the job title chosen by the employer does not control whether an employee is entitled to overtime wages, and the fact the employer paid a salary does not control either. Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily performs on the job.

Please call us toll-free at:

(888) 940-9111

or contact us via email at

Info@HelpingWorkers.com.

Our law firm's experience in representing employees is available at www.HelpingWorkers.com . Founded in 1999, the Shavitz Law Group, P.A., helps employees by handling a wide variety of lawsuits against employers that do not properly pay their employees for all their hours worked. The Shavitz Law Group, P.A. has lawyers licensed in states that include Florida, New York and New Jersey.

Sincerely,

Gregg I. Shavitz, Esq.

Withdraw

Ads by LinkedIn
Members

**BITSENS- digital
agency**

**Bit**SENS

Bitsens is young and aspiring
agency, ready to meet your
demands and ideas.

**Are you an IT guru?**

Click to learn about the new
"WAN virtualization" trend in
enterprise IT.

**Do you have ADHD?**

This new ADHD seminar will
open your eyes to your full
potential

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language

Upgrade Your Account

LinkedIn Corporation © 2013   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

PLAINTIFF 00745

6/26/13                                              Inbox | LinkedIn

Search...                                    ☐  Advanced

Home      Profile      Network      Jobs      Interests                    Premium Solutions      Upgrade

Ads by LinkedIn Members

**Professional MBA Weekend**

FIU Business

18 months, Saturdays in
Pembroke Pines. Learn more at
June 29 Brow ard event

**Attn: Attorneys & Lawyers**

Our Customers Need You! Get
10 Free Leads for New Clients
Today!

**Entrepreneurs:**

Get business email,
documents, meetings and
more. Free Trial.

Search Inbox

Compose Message

Inbox

Sent

Message detail

Archived

Trash

LinkedIn Premium in

**Did you know?**
You can purchase
additional InMail credits
with just a few clicks?

Get More InMails

Sent Messages      Sent Invitations

Reply All    Forward    Archive    Delete

### Attorney Advertising regarding Investigation of Morgan Stanley

Gregg I. Shavtz
InMail Feedback: ☆☆☆☆☆
To: Financial Representative

Category: Job inquiry
Status: Expired
Date: December 11, 2012

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

INVESTIGATION OF MORGAN STANLEY

This is to inform you of our investigation of Morgan Stanley. Please contact us if you have
information about Financial Advisor Associates (FAA) who:

• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, and if Morgan Stanley classified Financial
Advisor Associates (FAA) as "exempt" from overtime pay; or

• worked through lunch or meal breaks, and as a result, worked without being paid properly;
or

• worked other overtime hours "off-the-clock" without being paid overtime wages properly.

Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.

Please call us toll-free at:

(888) 940-9111

or contact us via email at

Info@HelpingWorkers.com.

Our law firm's experience in representing employees is available at
www.HelpingWorkers.com . Founded in 1999, the Shavtz Law Group, P.A., helps employees
by handling a wide variety of lawsuits against employers that do not properly pay their
employees for all their hours worked. The Shavtz Law Group, P.A. has lawyers licensed in
states that include Florida, New York and New Jersey.

Sincerely,

Gregg I. Shavtz, Esq.

Withdraw

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language

Upgrade Your Account

LinkedIn Corporation © 2013    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

PLAINTIFF 00746

6/26/13                                                    Inbox | LinkedIn

Search...                              Advanced

Home      Profile     Network     Jobs     Interests                        Premium Solutions      Upgrade

Search Inbox

Compose Message

Inbox

Sent

　　Message detail

Archived

Trash

LinkedIn Premium

**Did you know?**
You can purchase
additional InMail credits
with just a few clicks?

Get More InMails

| Sent Messages | Sent Invitations |

Reply All    Forward    Archive    Delete

### Attorney Advertising regarding Investigation of Morgan Stanley

**Gregg I. Shavitz**
InMail Feedback: ☆☆☆☆☆
To: Chartered Retirement          Category: Job inquiry
Planning Counselor ©, UBS         Status: Expired
Financial Services                Date: December 11, 2012

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

INVESTIGATION OF MORGAN STANLEY

This is to inform you of our investigation of Morgan Stanley. Please contact us if you have
information about Financial Advisor Associates (FAA) who:

• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, and if Morgan Stanley classified Financial
Advisor Associates (FAA) as "exempt" from overtime pay; or

• worked through lunch or meal breaks, and as a result, worked without being paid properly;
or

• worked other overtime hours "off-the-clock" without being paid overtime wages properly.

Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.

Please call us toll-free at:

(888) 940-9111

or contact us via email at

Info@HelpingWorkers.com.

Our law firm's experience in representing employees is available at
www.HelpingWorkers.com . Founded in 1999, the Shavitz Law Group, P.A., helps employees
by handling a wide variety of lawsuits against employers that do not properly pay their
employees for all their hours worked. The Shavitz Law Group, P.A. has lawyers licensed in
states that include Florida, New York and New Jersey.

Sincerely,

Gregg I. Shavitz, Esq.

Withdraw

Ads by LinkedIn Members

**103 New Florida
Clients**

103 new legal clients seeking
a Florida attorney. View their
cases today.

**Integrity Home Loan**

*Integrity
Home Loan*

"The Low Cost" Mortgage
Leader. "A +" BBB rated direct
lender. Apply today.

**Law Firm Owner?**

Update your law firm profile to
reach new clients online for
free.

Help Center    About    Press    Blog    Careers    Advertising    Talent Solutions    Tools    Mobile    Developers    Publishers    Language

Upgrade Your Account

LinkedIn Corporation © 2013    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

6/26/13                                          Inbox | LinkedIn

Ads by LinkedIn Members

**Own a Small Business?**

Get email, documents & more with Google Apps for Business. Free Trial.

**These CEOs Outperform**

See if you're fit for an invite-only CEO organization with 16,000 members.

**The Top Trial Lawyers**

Million Dollar Advocates Forum. Are you qualified for membership?

Search...                                 Advanced

Home     Profile     Network     Jobs     Interests                          Premium Solutions     Upgrade

Search Inbox

Compose Message        | Sent Messages | Sent Invitations |

Inbox                  Reply All   Forward   Archive   Delete

Sent                   **Legal Advertisement regarding Investigation of Morgan Stanley**

Message detail         Gregg I. Shavtz
                       InMail Feedback: ☆☆☆☆☆
Archived               To: Graduate of Rowan          Category: **Job inquiry**
                       University                      Status: Expired
Trash                                                  Date: **December 11, 2012**

LinkedIn Premium

*Did you know?*

You can purchase additional InMail credits with just a few clicks?

Get More InMails

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

INVESTIGATION OF MORGAN STANLEY

This is to inform you of our investigation of Morgan Stanley. Please contact us if you have
information about Financial Advisor Associates (FAA) who:

• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, and if Morgan Stanley classified Financial
Advisor Associates (FAA) as "exempt" from overtime pay; or

• worked through lunch or meal breaks, and as a result, worked without being paid properly;
or

• worked other overtime hours "off-the-clock" without being paid overtime wages properly.

Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.

Please call us toll-free at:

(888) 940-9111

or contact us via email at

Info@HelpingWorkers.com.

Our law firm's experience in representing employees is available at
www.HelpingWorkers.com . Founded in 1999, the Shavtz Law Group, P.A., helps employees
by handling a wide variety of lawsuits against employers that do not properly pay their
employees for all their hours worked. The Shavtz Law Group, P.A. has lawyers licensed in
states that include Florida, New York and New Jersey.

Sincerely,

Gregg I. Shavtz, Esq.

Withdraw

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language

Upgrade Your Account

LinkedIn Corporation © 2013    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

PLAINTIFF 00748

6/26/13                                                                Inbox | LinkedIn

Search...                                              Advanced

Home    Profile    Network    Jobs    Interests                        Premium Solutions    Upgrade

Search Inbox

Compose Message

Inbox

Sent

Message detail

Archived

Trash

LinkedIn Premium

Did you know?
You can purchase additional InMail credits with just a few clicks?

Get More InMails

| Sent Messages | Sent Invitations |

Reply All   Forward   Archive   Delete

### Legal Advertisment regarding Investigation of Morgan Stanley

Gregg I. Shavtz
InMail Feedback: ☆☆☆☆☆
To: Financial Services Professional

Category:  Job inquiry
Status:  Expired
Date:  December 11, 2012

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

INVESTIGATION OF MORGAN STANLEY

This is to inform you of our investigation of Morgan Stanley. Please contact us if you have information about Financial Advisor Associates (FAA) who:

• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, and if Morgan Stanley classified Financial Advisor Associates (FAA) as "exempt" from overtime pay; or

• worked through lunch or meal breaks, and as a result, worked without being paid properly; or

• worked other overtime hours "off-the-clock" without being paid overtime wages properly.

Under the law, the job title chosen by the employer does not control whether an employee is entitled to overtime wages, and the fact the employer paid a salary does not control either. Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily performs on the job.

Please call us toll-free at:

(888) 940-9111

or contact us via email at

Info@HelpingWorkers.com.

Our law firm's experience in representing employees is available at www.HelpingWorkers.com . Founded in 1999, the Shavtz Law Group, P.A., helps employees by handling a wide variety of lawsuits against employers that do not properly pay their employees for all their hours worked. The Shavtz Law Group, P.A. has lawyers licensed in states that include Florida, New York and New Jersey.

Sincerely,

Gregg I. Shavtz, Esq.

Withdraw

Ads by LinkedIn Members

**Bad Online Reviews?**

Suppress bad online reviews with positive ones. Quick and easy.

**Need to be your own boss?**

Own a franchise that lets you call the shots, but with systems behind you.

**Cash for your Used Copier**

We buy all makes and models through out the US. Easy transaction fast pay

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language

Upgrade Your Account

LinkedIn Corporation © 2013    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

PLAINTIFF 00749

6/26/13                                           Inbox | LinkedIn

Search...                                    Advanced                    595

Home     Profile     Network     Jobs     Interests                  Premium Solutions     Upgrade

Search Inbox                      Sent Messages     Sent Invitations                    Ads by LinkedIn
                                                                                         Members
Compose Message           Reply All    Forward    Archive    Delete
                                                                                  **103 New Florida**
                          **Attorney Advertising regarding Investigation of Morgan Stanley**      **Clients**
  Inbox
                               Gregg I. Shavtz
  Sent                         InMail Feedback: ☆☆☆☆☆                                     103 new legal clients seeking
    Message detail             To: Regional Consultant at      Category: Job inquiry     a Florida attorney. View their
                               AllianceBernstein              Status: Expired            cases today.
  Archived
                                                              Date: December 11, 2012    **Integrity Home Loan**
  Trash
                          If you have already retained a lawyer for this matter, please disregard this communication.
LinkedIn Premium          Searching through LinkedIN, we learned of your profile.                "The Low Cost" Mortgage
                                                                                         Leader. "A +" BBB rated
*Did you know?*           INVESTIGATION OF MORGAN STANLEY                                 direct lender. Apply today.
You can purchase
additional InMail credits  This is to inform you of our investigation of Morgan Stanley. Please contact us if you have    **Law Firm Owner?**
with just a few clicks?   information about Financial Advisor Associates (FAA) who:

  Get More InMails         • worked overtime hours (more than forty hours in a week) but were not paid additional    Update your law firm profile
                          compensation for all of these overtime hours, and if Morgan Stanley classified Financial    to reach new clients online
                          Advisor Associates (FAA) as "exempt" from overtime pay; or                    for free.

                          • worked through lunch or meal breaks, and as a result, worked without being paid properly;
                          or

                          • worked other overtime hours "off-the-clock" without being paid overtime wages properly.

                          Under the law, the job title chosen by the employer does not control whether an employee is
                          entitled to overtime wages, and the fact the employer paid a salary does not control either.
                          Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
                          performs on the job.

                          Please call us toll-free at:

                          (888) 940-9111

                          or contact us via email at

                          Info@HelpingWorkers.com.

                          Our law firm's experience in representing employees is available at
                          www.HelpingWorkers.com . Founded in 1999, the Shavtz Law Group, P.A., helps employees
                          by handling a wide variety of lawsuits against employers that do not properly pay their
                          employees for all their hours worked. The Shavtz Law Group, P.A. has lawyers licensed in
                          states that include Florida, New York and New Jersey.

                          Sincerely,

                          Gregg I. Shavtz, Esq.

                             Withdraw

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language
**Upgrade Your Account**
LinkedIn Corporation © 2013    User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

PLAINTIFF 00750

6/26/13                                              Inbox | LinkedIn

Search...                          [ ] Advanced                         532

Home      Profile      Network      Jobs      Interests                    Premium Solutions      Upgrade

Ads by LinkedIn Members

| Sent Messages | Sent Invitations |

Reply All    Forward    Archive    Delete

**Attorney Advertising regarding Investigation of Morgan Stanley**

Gregg I. Shavtz
InMail Feedback: ☆☆☆☆☆

To: Professional Loss                    Category: Job inquiry
Consultant at Adjusters                  Status: Expired
International / Basloe, Levin &           Date: December 11, 2012
Cuccaro

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

INVESTIGATION OF MORGAN STANLEY

This is to inform you of our investigation of Morgan Stanley. Please contact us if you have
information about Financial Advisor Associates (FAA) who:

• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, and if Morgan Stanley classified Financial
Advisor Associates (FAA) as "exempt" from overtime pay; or

• worked through lunch or meal breaks, and as a result, worked without being paid properly;
or

• worked other overtime hours "off-the-clock" without being paid overtime wages properly.

Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.

Please call us toll-free at:

(888) 940-9111

or contact us via email at

Info@HelpingWorkers.com.

Our law firm's experience in representing employees is available at
www.HelpingWorkers.com . Founded in 1999, the Shavtz Law Group, P.A., helps employees
by handling a wide variety of lawsuits against employers that do not properly pay their
employees for all their hours worked. The Shavtz Law Group, P.A. has lawyers licensed in
states that include Florida, New York and New Jersey.

Sincerely,

Gregg I. Shavtz, Esq.

Withdraw

---

Search Inbox

Compose Message

Inbox

Sent

Message detail

Archived

Trash

LinkedIn Premium

*Did you know?*
You can upgrade your
account to get up to
25 InMails per month?

Upgrade Your Account

**Own a Small Business?**

Get email, documents & more
with Google Apps for
Business. Free Trial.

**These CEOs Outperform**

See if you're fit for an invite-
only CEO organization with
16,000 members.

**The Top Trial Lawyers**

Million Dollar Advocates Forum.
Are you qualified for
membership?

---

Help Center    About    Press    Blog    Careers    Advertising    Talent Solutions    Tools    Mobile    Developers    Publishers    Language

Upgrade Your Account

LinkedIn Corporation © 2013    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

PLAINTIFF 00751

6/26/13                                  Inbox | LinkedIn

Search...                        Advanced                    693

Home      Profile    Network    Jobs    Interests                    Premium Solutions    Upgrade

Ads by LinkedIn
Members

Search Inbox

| Sent Messages | Sent Invitations |

Compose Message        Reply All   Forward   Archive   Delete

Inbox          **Legal Advertisement regarding Investigation of Morgan Stanley**

Sent                   Gregg I. Shavtz
                       InMail Feedback: ☆☆☆☆☆
    Message detail     To: Graduate                    Category: **Job inquiry**
                                                        Status: **Expired**
Archived                                                Date: **December 11, 2012**

Trash

LinkedIn Premium

**Did you know?**
You can upgrade your account to get up to 25 InMails per month?

**Upgrade Your Account**

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

INVESTIGATION OF MORGAN STANLEY

This is to inform you of our investigation of Morgan Stanley. Please contact us if you have information about Financial Advisor Associates (FAA) who:

• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, and if Morgan Stanley classified Financial Advisor Associates (FAA) as "exempt" from overtime pay; or

• worked through lunch or meal breaks, and as a result, worked without being paid properly; or

• worked other overtime hours "off-the-clock" without being paid overtime wages properly.

Under the law, the job title chosen by the employer does not control whether an employee is entitled to overtime wages, and the fact the employer paid a salary does not control either. Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily performs on the job.

Please call us toll-free at:

(888) 940-9111

or contact us via email at

Info@HelpingWorkers.com.

Our law firm's experience in representing employees is available at www.HelpingWorkers.com . Founded in 1999, the Shavtz Law Group, P.A., helps employees by handling a wide variety of lawsuits against employers that do not properly pay their employees for all their hours worked. The Shavtz Law Group, P.A. has lawyers licensed in states that include Florida, New York and New Jersey.

Sincerely,

Gregg I. Shavtz, Esq.

Withdraw

**Are You an Attorney?**

We need more attorneys in your area. Apply now for membership.

**Labor&Employment Research**

Access integrated primary & secondary L&E resources from Bloomberg Law

**Promote yourself locally**

Google
AdWords
Express

Get your ads online in minutes and promote your business today.

PLAINTIFF 00752

6/26/13                                              Inbox | LinkedIn

Search...                                    Advanced

Home    Profile    Network    Jobs    Interests                    Premium Solutions    Upgrade

Ads by LinkedIn Members

| Sent Messages | Sent Invitations |

Reply All    Forward    Archive    Delete

### Attorney Advertising regarding Investigation of Morgan Stanley

Search Inbox

Compose Message

Inbox

Sent

Message detail

Archived

Trash

LinkedIn Premium

Did you know?
You can purchase
additional InMail credits
with just a few clicks?

Get More InMails

**Gregg I. Shavtz**
InMail Feedback: ☆☆☆☆☆
To: Equity Research Associate
at Oppenheimer & Co.

Category: Job inquiry
Status: Expired
Date: December 11, 2012

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

INVESTIGATION OF MORGAN STANLEY

This is to inform you of our investigation of Morgan Stanley. Please contact us if you have
information about Financial Advisor Associates (FAA) who:

• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, and if Morgan Stanley classified Financial
Advisor Associates (FAA) as "exempt" from overtime pay; or

• worked through lunch or meal breaks, and as a result, worked without being paid properly;
or

• worked other overtime hours "off-the-clock" without being paid overtime wages properly.

Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.

Please call us toll-free at:

(888) 940-9111

or contact us via email at

Info@HelpingWorkers.com.

Our law firm's experience in representing employees is available at
www.HelpingWorkers.com . Founded in 1999, the Shavtz Law Group, P.A., helps employees
by handling a wide variety of lawsuits against employers that do not properly pay their
employees for all their hours worked. The Shavtz Law Group, P.A. has lawyers licensed in
states that include Florida, New York and New Jersey.

Sincerely,

Gregg I. Shavtz, Esq.

Withdraw

**Own a Small Business?**

Get email, documents & more
with Google Apps for
Business. Free Trial.

**These CEOs Outperform**

See if you're fit for an invite-
only CEO organization with
16,000 members.

**The Top Trial Lawyers**

Million Dollar Advocates Forum.
Are you qualified for
membership?

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language

**Upgrade Your Account**

LinkedIn Corporation © 2013    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

PLAINTIFF 00753

6/26/13                                                                Inbox | LinkedIn

|                    | Search...                               | Advanced |          |
|--------------------|-----------------------------------------|----------|----------|

Home    Profile    Network    Jobs    Interests                         Premium Solutions    Upgrade

**Law Firm Owner?**

Learn More »

Update your law firm profile to reach new clients online for free.

Search Inbox

Compose Message

Inbox

Sent

  Message detail

Archived

Trash

LinkedIn Premium

*Did you know?*

You can purchase additional InMail credits with just a few clicks?

Get More InMails

---

Sent Messages    |    Sent Invitations

Reply All    Forward    Archive    Delete

### Advertisement regarding Morgan Stanley Financial Advisor Associates

Gregg I. Shavitz
InMail Feedback: ☆☆☆☆☆
To: .

Category: Job inquiry
Status: In Progress
Date: February 15, 2013

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

Advertisement
Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
Under the law, the job title chosen by the employer does not control whether an employee is entitled to overtime wages, and the fact the employer paid a salary does not control either. Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily performs on the job.
If you would like more information about this lawsuit against Morgan Stanley, please call us toll-free at:

888-221-9243

or contact us via email at

info@helpingworkers.com.

More information about our law firm is available at www.HelpingWorkers.com . Founded in 1999, the Shavitz Law Group, P.A. represents thousands of employees each year with claims for unpaid overtime wages in collective & class actions across the United States.

Sincerely,

Gregg I. Shavitz, Esq.

---------------------------
Shavitz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
www.HelpingWorkers.com
---------------------------

---------------------------
The Shavitz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

**Professional MBA Weekend**

FIU Business

Learn More »

18 months, Saturdays in Pembroke Pines. Learn more at June 29 Broward event

**Are you a Manager?**

Learn More »

Earn an Executive MBA from Jack Welch and become a better leader today.

Ads

---

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language

Upgrade Your Account

LinkedIn Corporation © 2013     User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    **Send Feedback**

PLAINTIFF 00754

6/26/13                                                    Inbox | LinkedIn

Search...                                          [ ] Advanced

Home    Profile    Network    Jobs    Interests                    Premium Solutions    Upgrade

Search Inbox

Compose Message

Inbox

Sent

Message detail

Archived

Trash

LinkedIn Premium [in]

**Did you know?**
You can upgrade your
account to get up to
25 InMails per month?

[Upgrade Your Account]

---

| Sent Messages | Sent Invitations |

Reply All    Forward    Archive    Delete

### Advertisement regarding Morgan Stanley Financial Advisor Associates

Gregg I. Shavitz
InMail Feedback: ☆☆☆☆☆
To: Business Development

Category: Job inquiry
Status: Expired
Date: February 15, 2013

---

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

Advertisement
Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR
ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial
Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.
If you would like more information about this lawsuit against Morgan Stanley, please call us
toll-free at:

888-221-9243

or contact us via email at

info@helpingworkers.com.

More information about our law firm is available at www.HelpingWorkers.com . Founded in
1999, the Shavitz Law Group, P.A. represents thousands of employees each year with
claims for unpaid overtime wages in collective & class actions across the United States.

Sincerely,

Gregg I. Shavitz, Esq.

————————————————
Shavitz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
www.HelpingWorkers.com

————————————
The Shavitz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

---

Skilled UX/UI developer

Learn More »

An entrepreneur with great
programming skills.

Attention: All SMB
Owners

Learn More »

It's Time to Virtualize Your
Network. See the Benefits.
Free Whitepaper!

Get Business Financing

Learn More »

Boost your Business Cash
Flow. Financial Solutions from
Cash Flow Direct.

Ads

---

Help Center    About    Press    Blog    Careers    Advertising    Talent Solutions    Tools    Mobile    Developers    Publishers    Language
Upgrade Your Account
LinkedIn Corporation © 2013    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

PLAINTIFF 00755

6/26/13                                          Inbox | LinkedIn

Search...                                    Advanced                    534

Home      Profile      Network      Jobs      Interests                    Premium Solutions      Upgrade

Ads by LinkedIn Members

Search Inbox

Compose Message

Inbox

Sent

Message detail

Archived

Trash

LinkedIn Premium

Did you know?
You can upgrade your
account to get up to
25 InMails per month?

Upgrade Your Account

Sent Messages    Sent Invitations

Reply All    Forward    Archive    Delete

### Advertisement regarding Morgan Stanley Financial Advisor Associates

Gregg I. Shavitz
InMail Feedback: ☆☆☆☆☆
To: Account Executive at Alpha
Omega Funds

Category: **Job inquiry**
Status: **Expired**
Date: **February 15, 2013**

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

Advertisement
Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR
ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial
Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.
If you would like more information about this lawsuit against Morgan Stanley, please call us
toll-free at:

888-221-9243

or contact us via email at

info@helpingworkers.com.

More information about our law firm is available at www.HelpingWorkers.com . Founded in
1999, the Shavitz Law Group, P.A. represents thousands of employees each year with
claims for unpaid overtime wages in collective & class actions across the United States.

Sincerely,

Gregg I. Shavitz, Esq.

------------------------
Shavitz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
www.HelpingWorkers.com
------------------------


------------------
The Shavitz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

Own a Small
Business?

Get email, documents & more
with Google Apps for
Business. Free Trial.

These CEOs
Outperform

See if you're fit for an invite-
only CEO organization with
16,000 members.

The Top Trial
Lawyers

Million Dollar Advocates Forum.
Are you qualified for
membership?

6/26/13                                             Inbox | LinkedIn

Search...                                    Advanced

Home      Profile     Network     Jobs     Interests                        Premium Solutions     Upgrade

Search Inbox

Compose Message

Inbox

Sent

Message detail

Archived

Trash

LinkedIn Premium

*Did you know?*
You can purchase additional InMail credits with just a few clicks?

**Get More InMails**

Bad Online Reviews?
Learn More »
Suppress bad online reviews with positive ones. Quick and easy.

Are You an Attorney?
Learn More »
We need more attorneys in your area. Apply now for membership.

Labor&Employment Research
Learn More »
Access integrated primary & secondary L&E resources from Bloomberg Law

Ads

Sent Messages | Sent Invitations

Reply All   Forward   Archive   Delete

### Advertisement regarding Morgan Stanley Financial Advisor Associates

Gregg I. Shavtz
InMail Feedback: ☆☆☆☆☆
To: Vice President - Investments at JPMorgan Securities, LLC.

Category: Job inquiry
Status: Expired
Date: February 15, 2013

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

Advertisement
Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
Under the law, the job title chosen by the employer does not control whether an employee is entitled to overtime wages, and the fact the employer paid a salary does not control either. Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily performs on the job.
If you would like more information about this lawsuit against Morgan Stanley, please call us toll-free at:

888-221-9243

or contact us via email at

info@helpingworkers.com.

More information about our law firm is available at www.HelpingWorkers.com . Founded in 1999, the Shavtz Law Group, P.A. represents thousands of employees each year with claims for unpaid overtime wages in collective & class actions across the United States.

Sincerely,

Gregg I. Shavtz, Esq.

--------------------------
Shavtz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
www.HelpingWorkers.com
--------------------------


--------------------
The Shavtz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language
Upgrade Your Account
LinkedIn Corporation © 2013   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

6/26/13                                                                    Inbox | LinkedIn

Search...                          Advanced                          Premium Solutions    Upgrade

Home      Profile      Network      Jobs      Interests

Ads by LinkedIn
Members

Are You an
Attorney?

We need more attorneys in
your area. Apply now for
membership.

Labor&Employment
Research

Access integrated primary &
secondary L&E resources
from Bloomberg Law

Promote yourself
locally

Get your ads online in
minutes and promote your
business today.

Search Inbox

Compose Message

Inbox

Sent

   Message detail

Archived

Trash

LinkedIn Premium

**Did you know?**
You can upgrade your
account to get up to
25 InMails per month?

Upgrade Your Account

---

Sent Messages      Sent Invitations

Reply All    Forward    Archive    Delete

## Advertisement regarding Morgan Stanley Financial Advisor Associates

**Gregg I. Shavitz**
InMail Feedback: ☆☆☆☆☆
To: Relationship Associate at
Credit Suisse

Category: **Job inquiry**
Status: Expired
Date: **February 15, 2013**

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

Advertisement
Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR
ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial
Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.
If you would like more information about this lawsuit against Morgan Stanley, please call us
toll-free at:

888-221-9243

or contact us via email at

info@helpingworkers.com.

More information about our law firm is available at www.HelpingWorkers.com . Founded in
1999, the Shavitz Law Group, P.A. represents thousands of employees each year with
claims for unpaid overtime wages in collective & class actions across the United States.

Sincerely,

Gregg I. Shavitz, Esq.

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Shavitz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
www.HelpingWorkers.com
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾


‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
The Shavitz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

   Withdraw

---

Help Center    About    Press    Blog    Careers    Advertising    Talent Solutions    Tools    Mobile    Developers    Publishers    Language

Upgrade Your Account

LinkedIn Corporation © 2013      User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

PLAINTIFF 00758

6/26/13                                          Inbox | LinkedIn

Search...                         [ ] Advanced

Home    Profile    Network    Jobs    Interests              Premium Solutions    Upgrade

**Kudzu Marketing Solutions**

Learn More »

A digital partner you can trust for your marketing solutions. Sign up today

**Law Firm Owner?**

Learn More »

Update your law firm profile to reach new clients online for free.

**Own a Small Business?**

Learn More »

Get email, documents & more with Google Apps for Business. Free Trial.

Ads

Sent Messages      Sent Invitations

Reply All    Forward    Archive    Delete

**Advertisement regarding Morgan Stanley Financial Advisor Associates**

Gregg I. Shavitz
InMail Feedback: ☆☆☆☆☆
To: Personal Finance

Category: Job inquiry
Status: Expired
Date: February 15, 2013

Search Inbox

Compose Message

Inbox

Sent

Message detail

Archived

Trash

LinkedIn Premium

*Did you know?*

You can purchase additional InMail credits with just a few clicks?

[Get More InMails]

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

Advertisement
Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
Under the law, the job title chosen by the employer does not control whether an employee is entitled to overtime wages, and the fact the employer paid a salary does not control either. Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily performs on the job.
If you would like more information about this lawsuit against Morgan Stanley, please call us toll-free at:

888-221-9243

or contact us via email at

info@helpingworkers.com.

More information about our law firm is available at www.HelpingWorkers.com . Founded in 1999, the Shavitz Law Group, P.A. represents thousands of employees each year with claims for unpaid overtime wages in collective & class actions across the United States.

Sincerely,

Gregg I. Shavitz, Esq.

--------------------
Shavitz Law Group
1515 S. Federal Hwy., Suite 404
Boca Raton, FL 33432
www.HelpingWorkers.com
--------------------


--------------------
The Shavitz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

6/26/13                                                      Inbox | LinkedIn

Search...                                    Advanced

Home      Profile      Network      Jobs      Interests                              Premium Solutions      Upgrade

Ads by LinkedIn Members

Search Inbox

| Sent Messages | Sent Invitations |

Compose Message

Reply All    Forward    Archive    Delete

**103 New Florida Clients**

103 new legal clients seeking a Florida attorney. View their cases today.

Inbox

**Advertisement regarding Morgan Stanley Financial Advisor Associates**

Sent

Gregg I. Shavitz
InMail Feedback: ☆☆☆☆☆

Message detail

To: Director of Business
Development at Plexious, LLC

Category: **Job inquiry**
Status: **Expired**
Date: **February 15, 2013**

Archived

Trash

LinkedIn Premium

**Attn: Attorneys & Lawyers**

Our Customers Need You! Get 10 Free Leads for New Clients Today!

*Did you know?*

You can purchase additional InMail credits with just a few clicks?

Get More InMails

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

Advertisement
Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
Under the law, the job title chosen by the employer does not control whether an employee is entitled to overtime wages, and the fact the employer paid a salary does not control either. Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily performs on the job.
If you would like more information about this lawsuit against Morgan Stanley, please call us toll-free at:

888-221-9243

or contact us via email at

info@helpingworkers.com.

More information about our law firm is available at www.HelpingWorkers.com . Founded in 1999, the Shavitz Law Group, P.A. represents thousands of employees each year with claims for unpaid overtime wages in collective & class actions across the United States.

Sincerely,

Gregg I. Shavitz, Esq.

----------------------------
Shavitz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
www.HelpingWorkers.com

----------------------------
The Shavitz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

**Entrepreneurs:**

Get business email, documents, meetings and more. Free Trial.

PLAINTIFF 00760

6/26/13                                                          Inbox | LinkedIn

Search...                          Advanced

Home    Profile    Network    Jobs    Interests                    Premium Solutions    Upgrade

Search Inbox                    | Sent Messages | Sent Invitations |

Compose Message                 Reply All   Forward   Archive   Delete

Inbox                           **Attorney Advertising regarding Investigation of Morgan Stanley**

Sent                            **Gregg I. Shavitz** · Attorney
                                InMail Feedback: ☆☆☆☆☆
    Message detail              To: **Sean K. Mirrer**              Category: **Job inquiry**
                                                                    Status: **Responded**
Archived                                                            Date: **December 11, 2012**

Trash

LinkedIn Premium [in]           If you have already retained a lawyer for this matter, please disregard this communication.
                                Searching through LinkedIN, we learned of your profile.

**Did you know?**               INVESTIGATION OF MORGAN STANLEY
You can upgrade your
account to get up to            This is to inform you of our investigation of Morgan Stanley. Please contact us if you have
25 InMails per month?           information about Financial Advisor Associates (FAA) who:

[Upgrade Your Account]          · worked overtime hours (more than forty hours in a week) but were not paid additional
                                compensation for all of these overtime hours, and if Morgan Stanley classified Financial
                                Advisor Associates (FAA) as "exempt" from overtime pay; or

                                · worked through lunch or meal breaks, and as a result, worked without being paid properly;
                                or

                                · worked other overtime hours "off-the-clock" without being paid overtime wages properly.

                                Under the law, the job title chosen by the employer does not control whether an employee is
                                entitled to overtime wages, and the fact the employer paid a salary does not control either.
                                Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
                                performs on the job.

                                Please call us toll-free at:

                                (888) 940-9111

                                or contact us via email at

                                Info@HelpingWorkers.com.

                                Our law firm's experience in representing employees is available at
                                www.HelpingWorkers.com . Founded in 1999, the Shavitz Law Group, P.A., helps employees
                                by handling a wide variety of lawsuits against employers that do not properly pay their
                                employees for all their hours worked. The Shavitz Law Group, P.A. has lawyers licensed in
                                states that include Florida, New York and New Jersey.

                                Sincerely,

                                Gregg I. Shavitz, Esq.

AdChoices ▷

EARN

**30,000**

BONUS MILES

**TOWARD
AWARD TRAVEL.**

AMERICAN EXPRESS

[APPLY NOW]

TERMS, CONDITIONS, AND
RESTRICTIONS APPLY

Help Center   About   Press   Blog   Careers   Advertising   Talent Solutions   Tools   Mobile   Developers   Publishers   Language
Upgrade Your Account

LinkedIn Corporation © 2013   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

PLAINTIFF 00761

6/26/13                                                Inbox | LinkedIn

Search...                                      [ ] Advanced

Home    Profile    Network    Jobs    Interests                        Premium Solutions    Upgrade

Professional MBA
Weekend

FIU Business    Learn More »

18 months, Saturdays in
Pembroke Pines. Learn more
at June 29 Broward event

Are you a Manager?

Learn More »

Earn an Executive MBA from
Jack Welch and become a
better leader today.

Skilled UX/UI developer

Learn More »

An entrepreneur with great
programming skills.

Ads

| Sent Messages | Sent Invitations |

Reply All    Forward    Archive    Delete

**Advertisement regrding MorganStanley Financial Advisor Associates**

Gregg I. Shavtz
InMail Feedback: ☆☆☆☆☆
To: Private Equity and Venture              Category: Job inquiry
Capital Professional                        Status: Expired
                                            Date: February 15, 2013

Search Inbox

Compose Message

Inbox

Sent

    Message detail

Archived

Trash

LinkedIn Premium

*Did you know?*

You can purchase
additional InMail credits
with just a few clicks?

Get More InMails

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

Advertisement
Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR
ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial
Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.
If you would like more information about this lawsuit against Morgan Stanley, please call us
toll-free at:

888-221-9243

or contact us via email at

info@helpingworkers.com.

More information about our law firm is available at www.HelpingWorkers.com . Founded in
1999, the Shavitz Law Group, P.A. represents thousands of employees each year with
claims for unpaid overtime wages in collective & class actions across the United States.

Sincerely,

Gregg I. Shavtz, Esq.

----------------------------
Shavtz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
www.HelpingWorkers.com

----------------------
The Shavtz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

Help Center    About    Press    Blog    Careers    Advertising    Talent Solutions    Tools    Mobile    Developers    Publishers    Language

Upgrade Your Account

LinkedIn Corporation © 2013      User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

6/26/13                                        Inbox | LinkedIn

Search...                    Advanced

Home      Profile     Network      Jobs      Interests                    Premium Solutions    Upgrade

Search Inbox

Compose Message

Inbox

Sent

    Message detail

Archived

Trash

Linkedin Premium

**Did you know?**
You can purchase
additional InMail credits
with just a few clicks?

Get More InMails

Sent Messages    Sent Invitations

Reply All    Forward    Archive    Delete

### Advertisement regarding Morgan Stanley Financial Advisor Associates

Gregg I. Shavitz
InMail Feedback: ☆☆☆☆☆
To: Online Marketing & Web        Category: Job inquiry
Analytics Evangelist at           Status: Expired
Salesforce.com                    Date: February 15, 2013

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

Advertisement
Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR
ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial
Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.
If you would like more information about this lawsuit against Morgan Stanley, please call us
toll-free at:

888-221-9243

or contact us via email at

info@helpingworkers.com.

More information about our law firm is available at www.HelpingWorkers.com . Founded in
1999, the Shavitz Law Group, P.A. represents thousands of employees each year with
claims for unpaid overtime wages in collective & class actions across the United States.

Sincerely,

Gregg I. Shavitz, Esq.

----------------------------------
Shavitz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
www.HelpingWorkers.com
----------------------------------

----------------------
The Shavitz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

Ads by LinkedIn
Members

**Gesture
Presentation**

Command your slide show
using your hands only.

**Franchise
Opportunity!**

Over 50 years of experience.
Sign Up Online for Investor
Details.

**Are you hiring?**

Post to job boards, manage
candidates and hire the right
person.

6/26/13                                                                    Inbox | LinkedIn

Search...                                          [ ] Advanced                    594

Home    Profile    Network    Jobs    Interests                    Premium Solutions    Upgrade

**Professional MBA Weekend**

FIU Business   Learn More »

18 months, Saturdays in Pembroke Pines. Learn more at June 29 Brow ard event

**Are you a Manager?**

Learn More »

Earn an Executive MBA from Jack Welch and become a better leader today.

**Attn: Attorneys & Lawyers**

Learn More »

Our Customers Need You! Get 10 Free Leads for New Clients Today!

Ads

| Sent Messages | Sent Invitations |

Reply All    Forward    Archive    Delete

### Advertisement regarding Morgan Stanley Financial Advisor Associates

Gregg I. Shavtz
InMail Feedback: ☆☆☆☆☆

To: Account Manager at                    Category: Job inquiry
International Trade Consulting,             Status: Expired
Inc.                                       Date: February 15, 2013

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

Advertisement
Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
Under the law, the job title chosen by the employer does not control whether an employee is entitled to overtime wages, and the fact the employer paid a salary does not control either. Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily performs on the job.
If you would like more information about this lawsuit against Morgan Stanley, please call us toll-free at:

888-221-9243

or contact us via email at

info@helpingworkers.com.

More information about our law firm is available at www.HelpingWorkers.com . Founded in 1999, the Shavtz Law Group, P.A. represents thousands of employees each year with claims for unpaid overtime wages in collective & class actions across the United States.

Sincerely,

Gregg I. Shavtz, Esq.

----------------------------
Shavtz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
www.HelpingWorkers.com
----------------------------


----------------------------
The Shavtz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

Search Inbox [ ]

Compose Message

Inbox

Sent

    Message detail

Archived

Trash

LinkedIn Premium [in]

**Did you know?**
You can upgrade your account to get up to 25 InMails per month?

**Upgrade Your Account**

6/26/13                                                          Inbox | LinkedIn

Search...                                      [ ] Advanced

Home     Profile     Network     Jobs     Interests                    Premium Solutions     Upgrade

Ads by LinkedIn Members

**Attn: Attorneys & Lawyers**

Our Customers Need You!
Get 10 Free Leads for New
Clients Today!

**Entrepreneurs:**

Get business email,
documents, meetings and
more. Free Trial.

**Bad Online Reviews?**

Suppress bad online reviews
with positive ones. Quick and
easy.

Search Inbox

Compose Message

Inbox

Sent

  Message detail

Archived

Trash

LinkedIn Premium

**Did you know?**
You can purchase
additional InMail credits
with just a few clicks?

[Get More InMails]

---

Sent Messages  |  Sent Invitations

Reply All    Forward    Archive    Delete

### Advertisement regarding Morgan Stanley Financial Advisor Associates

Gregg I. Shavitz
InMail Feedback: ☆☆☆☆☆
To: Executive Assistant

Category: Job inquiry
Status: Expired
Date: February 15, 2013

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

Advertisement
Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR
ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial
Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.
If you would like more information about this lawsuit against Morgan Stanley, please call us
toll-free at:

888-221-9243

or contact us via email at

info@helpingworkers.com.

More information about our law firm is available at www.HelpingWorkers.com . Founded in
1999, the Shavitz Law Group, P.A. represents thousands of employees each year with
claims for unpaid overtime wages in collective & class actions across the United States.

Sincerely,

Gregg I. Shavitz, Esq.

————————————————
Shavitz Law Group
1515 S. Federal Hwy., Suite 404
Boca Raton, FL 33432
www.HelpingWorkers.com

————————————————
The Shavitz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

---

Help Center    About    Press    Blog    Careers    Advertising    Talent Solutions    Tools    Mobile    Developers    Publishers    Language
Upgrade Your Account

LinkedIn Corporation © 2013    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    **Send Feedback**

PLAINTIFF 00765

6/26/13                                           Inbox | LinkedIn

Search...                        Advanced

Home    Profile    Network    Jobs    Interests                    Premium Solutions    Upgrade

Ads by LinkedIn Members

**Promote yourself locally**

Google

Get your ads online in minutes and promote your business today.

**Tech built for business**

Development made easy. Guaranteed delivery, no long term commitment.

**Franchise Opportunities**

MULTIVISTA

Join Multivista Systems in a new marketplace. Contact us now to learn more.

Search Inbox

Compose Message

Inbox

Sent

   Message detail

Archived

Trash

LinkedIn Premium

**Did you know?**
You can purchase additional InMail credits with just a few clicks?

Get More InMails

Sent Messages    Sent Invitations

Reply All    Forward    Archive    Delete

### Advertisement regarding Morgan Stanley Financial Advisor Associates

Gregg I. Shavitz

InMail Feedback: ☆☆☆☆☆

To: Investment Consultant at TD Ameritrade

Category: Job inquiry
Status: Expired
Date: February 15, 2013

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

Advertisement
Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
Under the law, the job title chosen by the employer does not control whether an employee is entitled to overtime wages, and the fact the employer paid a salary does not control either. Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily performs on the job.
If you would like more information about this lawsuit against Morgan Stanley, please call us toll-free at:

888-221-9243

or contact us via email at

info@helpingworkers.com.

More information about our law firm is available at www.HelpingWorkers.com . Founded in 1999, the Shavitz Law Group, P.A. represents thousands of employees each year with claims for unpaid overtime wages in collective & class actions across the United States.

Sincerely,

Gregg I. Shavitz, Esq.

--------------------------------
Shavitz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
www.HelpingWorkers.com
--------------------------------


--------------------
The Shavitz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

Help Center    About    Press    Blog    Careers    Advertising    Talent Solutions    Tools    Mobile    Developers    Publishers    Language
Upgrade Your Account
LinkedIn Corporation © 2013    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

PLAINTIFF 00766

6/26/13                                      Inbox | LinkedIn

Search...                    [  ] Advanced          Box

Home    Profile    Network    Jobs    Interests                Premium Solutions    Upgrade

| Sent Messages | Sent Invitations |

Reply All    Forward    Archive    Delete

### Advertisement regarding Morgan Stanley Financial Advisor Associates

**Gregg I. Shavitz**
InMail Feedback: ☆☆☆☆☆
To: Merrill Edge Financial
Solutions Advisor

Category: Job inquiry
Status: Expired
Date: February 15, 2013

If you have already retained a lawyer for this matter, please disregard this communication. Searching through LinkedIN, we learned of your profile.

Advertisement
Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
Under the law, the job title chosen by the employer does not control whether an employee is entitled to overtime wages, and the fact the employer paid a salary does not control either. Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily performs on the job.
If you would like more information about this lawsuit against Morgan Stanley, please call us toll-free at:

888-221-9243

or contact us via email at

info@helpingworkers.com.

More information about our law firm is available at www.HelpingWorkers.com . Founded in 1999, the Shavitz Law Group, P.A. represents thousands of employees each year with claims for unpaid overtime wages in collective & class actions across the United States.

Sincerely,

Gregg I. Shavitz, Esq.

-----------------------------
Shavitz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
www.HelpingWorkers.com
-----------------------------


-----------------------
The Shavitz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

Withdraw

Search Inbox [            ]

Compose Message

Inbox

Sent

    Message detail

Archived

Trash

LinkedIn Premium

**Did you know?**
You can upgrade your
account to get up to
25 InMails per month?

[Upgrade Your Account]

Ads by LinkedIn Members

**103 New Florida
Clients**

103 new legal clients seeking
a Florida attorney. View their
cases today.

**Integrity Home Loan**

"The Low Cost" Mortgage
Leader. "A +" BBB rated direct
lender. Apply today.

**Law Firm Owner?**

Update your law firm profile to
reach new clients online for
free.

Help Center    About    Press    Blog    Careers    Advertising    Talent Solutions    Tools    Mobile    Developers    Publishers    Language

Upgrade Your Account

LinkedIn Corporation © 2013    User Agreement    Privacy Policy    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

PLAINTIFF 00767

6/26/13                                                      Inbox | LinkedIn

Search...                               Advanced                              GO

Home      Profile     Network     Jobs      Interests                    Premium Solutions    Upgrade

Search Inbox

Compose Message

| Sent Messages | Sent Invitations |
| --- | --- |

Reply All    Forward    Archive    Delete

### Advertisement regarding Morgan Stanley Financial Advisor Associates

Inbox

Sent

   Message detail

Archived

Trash

LinkedIn Premium

**Gregg I. Shavitz**
InMail Feedback: ☆☆☆☆☆
To: Financial Services
Professional

Category  Job inquiry
Status:  In Progress
Date: February 15, 2013

**Did you know?**
You can upgrade your
account to get up to
25 InMails per month?

Upgrade Your Account

If you have already retained a lawyer for this matter, please disregard this communication.
Searching through LinkedIN, we learned of your profile.

Advertisement
Re: ACTION AGAINST MORGAN STANLEY REGARDING FINANCIAL ADVISOR
ASSOCIATES

This is to inform you of a case that we are handling against Morgan Stanley. The Financial
Advisor Associates we represent seek unpaid overtime wages because they:
• worked overtime hours (more than forty hours in a week) but were not paid additional
compensation for all of these overtime hours, or

• worked overtime hours "off-the-clock" without being paid overtime wages properly.
Under the law, the job title chosen by the employer does not control whether an employee is
entitled to overtime wages, and the fact the employer paid a salary does not control either.
Rather, the right to overtime pay is determined by the type(s) of duties an employee primarily
performs on the job.
If you would like more information about this lawsuit against Morgan Stanley, please call us
toll-free at:

888-221-9243

or contact us via email at

info@helpingworkers.com.

More information about our law firm is available at www.HelpingWorkers.com . Founded in
1999, the Shavitz Law Group, P.A. represents thousands of employees each year with
claims for unpaid overtime wages in collective & class actions across the United States.

Sincerely,

Gregg I. Shavitz, Esq.

_____
Shavitz Law Group
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
www. HelpingWorkers.com
-----------------------------------------

_____

The Shavitz Law Group, P.A.
has lawyers licensed
in states including
FL, NY and NJ.

    Withdraw

Ads by LinkedIn Members

**Valpak® for
Business**

Increase Sales w / Our Direct
Mail, Web & Mobile Advertising
Solutions!

**Integrity Home Loan**

"The Low Cost" Mortgage
Leader. "A +" BBB rated direct
lender. Apply today.

**Marketing Agency**

We understand marketing is
about driving revenue - not
winning awards.

**info@helping-workers.com**

---

**From:** info@helping-workers.com
**Sent:** Tuesday, April 16, 2013 4:54 PM
**To:** 'rastacho@gmail.com'
**Subject:** Advertising Material regarding Action Against Morgan Stanley

ADVERTISING MATERIAL

## SHAVITZ
### LAW GROUP, P.A.

# *Employment Lawyers*

*If you have already retained a lawyer for this matter, please disregard this communication. After searching thru lists from social media websites, resume databases, other on-line databases from commercial providers, and public records searches, we learned your name, contact information, and profession.*

April 16, 2013

### Re:  Action against Morgan Stanley

This is to inform you of a case that we are handling against **Morgan Stanley**. The **Financial Advisor Associates** seek unpaid overtime wages because they:

- worked through lunch or meal breaks, and as a result, worked without being paid properly; or
- worked other overtime hours "off-the-clock."

Overtime must be paid properly for all overtime hours worked.

If you, or anyone you know, has information that you would be willing to share with us to help us in our investigation of unpaid wages at **Morgan Stanley** please call us toll-free at (**888) 221-9243** or contact us via email at Info@HelpingWorkers.com.

More information about our law firm and our experience in representing employees is available at www.HelpingWorkers.com. Founded in 1999, the Shavitz Law Group, P.A. represents thousands of employees each year with claims for unpaid overtime wages in collective & class actions across the United States.

Very truly yours:

The Shavitz Law Group, P.A. has lawyers licensed in states including FL, NY and NJ.
Disclaimer

1

PLAINTIFF 00769

# SHAVITZ
## LAW GROUP, P.A.

The Shavitz Law Group
1515 S Federal Highway
Suite 404
Boca Raton, FL 33432
Tel: 888.221.9243

Email Us!

## HelpingWorkers.com

To ensure that you continue receiving our emails, please add us to your address book or safe list.

If you do not wish to receive our emails, please reply to help@shavitzlaw.com

ADVERTISING MATERIAL

PLAINTIFF 00770

**info@helping-workers.com**

**From:** info@helping-workers.com
**Sent:** Tuesday, April 16, 2013 4:52 PM
**To:** 'rhettswilson@hotmail.com'
**Subject:** Legal Advertisement regarding Action Against Morgan Stanley

## SHAVITZ
### LAW GROUP, P.A.

# Employment Lawyers

*If you have already retained a lawyer for this matter, please disregard this communication. After searching thru lists from social media websites, resume databases, other on-line databases from commercial providers, and public records searches, we learned your name, contact information, and profession.*

April 16, 2013

### Re: Action against Morgan Stanley

This is to inform you of a case that we are handling against **Morgan Stanley**. The **Financial Advisor Associates** we represent seek unpaid overtime wages because they:

- worked through lunch or meal breaks, and as a result, worked without being paid properly; or
- worked other overtime hours "off-the-clock."

Overtime must be paid properly for all overtime hours worked.

If you would like more information about this lawsuit against Morgan Stanley, please call us toll-free at **888-221-9243**, or contact us via email at info@helpingworkers.com.

More information about our law firm and our experience in representing employees is available at www.HelpingWorkers.com. Founded in 1999, the Shavitz Law Group, P.A. represents thousands of employees each year with claims for unpaid overtime wages in collective & class actions across the United States.

Very truly yours,

*[signature]*

The Shavitz Law Group, P.A. has lawyers licensed in states including FL, NY and NJ.
<u>Disclaimer</u>

## SHAVITZ
### LAW GROUP, P.A.

The Shavitz Law Group
1515 S Federal Highway
Suite 404
Boca Raton, FL 33432
Tel: 888.221.9243

Email Us!

3

PLAINTIFF 00771

HelpingWorkers.com

To ensure that you continue receiving our emails, please add us to your address book or safe list.

If you do not wish to receive our emails, please reply to help@shavitzlaw.com

4

PLAINTIFF 00772

**info@helping-workers.com**

| | |
|---|---|
| **From:** | info@helping-workers.com |
| **Sent:** | Friday, April 12, 2013 4:00 PM |
| **To:** | 'moniquemadden@yahoo.com' |
| **Subject:** | Legal Advertisement regarding Morgan Stanley Lawsuit |

## SHAVITZ
### LAW GROUP, P.A.
# *Employment Lawyers*

*If you have already retained a lawyer for this matter, please disregard this communication. After searching thru lists from social media websites, resume databases, other on-line databases from commercial providers, and public records searches, we learned your name, contact information, and profession.*

April 12, 2013

### Re: Action against Morgan Stanley

This is to inform you of a case that we are handling against **Morgan Stanley**. The **Financial Advisor Associates** we represent seek unpaid overtime wages because they:

- worked through lunch or meal breaks, and as a result, worked without being paid properly; or
- worked other overtime hours "off-the-clock."

Overtime must be paid properly for all overtime hours worked.

If you would like more information about this lawsuit against Morgan Stanley, please call us toll-free at **888-221-9243**, or contact us via email at info@helpingworkers.com.

More information about our law firm and our experience in representing employees is available at www.HelpingWorkers.com. Founded in 1999, the Shavitz Law Group, P.A. represents thousands of employees each year with claims for unpaid overtime wages in collective & class actions across the United States.

Very truly yours,

The Shavitz Law Group, P.A. has lawyers licensed in states including FL, NY and NJ.

<u>Disclaimer</u>

## SHAVITZ
### LAW GROUP, P.A.

The Shavitz Law Group
1515 S Federal Highway
Suite 404
Boca Raton, FL 33432
Tel: 888.221.9243

<u>Email Us!</u>

PLAINTIFF 00773

## HelpingWorkers.com

To ensure that you continue receiving our emails, please add us to your address book or safe list.

If you do not wish to receive our emails, please reply to help@shavitzlaw.com

PLAINTIFF 00774

**info@helping-workers.com**

| | |
|---|---|
| **From:** | info@helping-workers.com |
| **Sent:** | Wednesday, February 20, 2013 2:27 PM |
| **To:** | 'adamavann@hotmail.com' |
| **Subject:** | Advertisement regarding Morgan Stanley Lawsuit |

ADVERTISEMENT

## SHAVITZ
### LAW GROUP, P.A.

# Employment Lawyers

*If you have already retained a lawyer for this matter, please disregard this communication. After searching thru lists from social media websites, resume databases, other on-line databases from commercial providers, and public records searches, we learned your name, contact information, and profession.*

February 20, 2013

### Re:  Action against Morgan Stanley

This is to inform you of a case that we are handling against **Morgan Stanley**. The **Financial Advisor Associates** seek unpaid overtime wages because they:

- worked through lunch, and as a result, worked without being paid properly, or

- worked other overtime hours "off-the-clock."

Overtime must be paid properly for all overtime hours worked.

If you, or anyone you know, has information that you would be willing to share with us to help us in our investigation of unpaid wages at **Morgan Stanley** please call us toll-free at (**888**) **221-9243** or contact us via email at Info@HelpingWorkers.com.

More information about our law firm and our experience in representing employees is available at www.HelpingWorkers.com. Founded in 1999, the Shavitz Law Group, P.A. represents thousands of employees each year with claims for unpaid overtime wages in collective & class actions across the United States.

Very truly yours,

The Shavitz Law Group, P.A. has lawyers licensed in states including FL, NY and NJ.
<u>Disclaimer</u>

## SHAVITZ
### LAW GROUP, P.A.

The Shavitz Law Group
1515 S Federal Highway
Suite 404

PLAINTIFF 00775

Boca Raton, FL 33432
Tel: 888.221.9243

Email Us!

HelpingWorkers.com

To ensure that you continue receiving our emails, please add us to your address book or safe list.

If you do not wish to receive our emails, please reply to help@shavitzlaw.com

ADVERTISEMENT

PLAINTIFF 00776

**info@helping-workers.com**

| | |
|---|---|
| **From:** | info@helping-workers.com |
| **Sent:** | Wednesday, February 20, 2013 2:27 PM |
| **To:** | 'anrinakayama@gmail.com' |
| **Subject:** | Advertisement regarding Morgan Stanley Lawsuit |

ADVERTISEMENT

## SHAVITZ
LAW GROUP, P.A.

# *Employment Lawyers*

*If you have already retained a lawyer for this matter, please disregard this communication. After searching thru lists from social media websites, resume databases, other on-line databases from commercial providers, and public records searches, we learned your name, contact information, and profession.*

February 20, 2013

### *Re:  Action against Morgan Stanley*

This is to inform you of a case that we are handling against **Morgan Stanley**. The **Financial Advisor Associates** seek unpaid overtime wages because they:

- worked through lunch, and as a result, worked without being paid properly, or

- worked other overtime hours "off-the-clock."

Overtime must be paid properly for all overtime hours worked.

If you, or anyone you know, has information that you would be willing to share with us to help us in our investigation of unpaid wages at **Morgan Stanley** please call us toll-free at (**888**) **221-9243** or contact us via email at Info@HelpingWorkers.com.

More information about our law firm and our experience in representing employees is available at www.HelpingWorkers.com.  Founded in 1999, the Shavitz Law Group, P.A. represents thousands of employees each year with claims for unpaid overtime wages in collective & class actions across the United States.

Very truly yours,

The Shavitz Law Group, P.A. has lawyers licensed in states including FL, NY and NJ.
<u>Disclaimer</u>

## SHAVITZ
LAW GROUP, P.A.

The Shavitz Law Group
1515 S Federal Highway
Suite 404

9

PLAINTIFF 00777

Boca Raton, FL 33432
Tel: 888.221.9243

Email Us!

HelpingWorkers.com

To ensure that you continue receiving our emails, please add us to your address book or safe list.

If you do not wish to receive our emails, please reply to help@shavitzlaw.com

ADVERTISEMENT

10

PLAINTIFF 00778

**info@helping-workers.com**

| | |
|---|---|
| **From:** | info@helping-workers.com |
| **Sent:** | Wednesday, February 20, 2013 2:27 PM |
| **To:** | 'bonnierobinson3@aol.com' |
| **Subject:** | Advertisement regarding Morgan Stanley Lawsuit |

ADVERTISEMENT

## SHAVITZ
### LAW GROUP, P.A.
# *Employment Lawyers*

*If you have already retained a lawyer for this matter, please disregard this communication. After searching thru lists from social media websites, resume databases, other on-line databases from commercial providers, and public records searches. we learned your name, contact information, and profession.*

February 20, 2013

### Re: Action against Morgan Stanley

This is to inform you of a case that we are handling against **Morgan Stanley**. The **Financial Advisor Associates** seek unpaid overtime wages because they:

- worked through lunch, and as a result, worked without being paid properly, or

- worked other overtime hours "off-the-clock."

Overtime must be paid properly for all overtime hours worked.

If you, or anyone you know, has information that you would be willing to share with us to help us in our investigation of unpaid wages at **Morgan Stanley** please call us toll-free at **(888) 221-9243** or contact us via email at Info@HelpingWorkers.com.

More information about our law firm and our experience in representing employees is available at www.HelpingWorkers.com. Founded in 1999, the Shavitz Law Group, P.A. represents thousands of employees each year with claims for unpaid overtime wages in collective & class actions across the United States.

Very truly yours,

The Shavitz Law Group, P.A. has lawyers licensed in states including FL, NY and NJ.

Disclaimer

## SHAVITZ
### LAW GROUP, P.A.

The Shavitz Law Group
1515 S Federal Highway
Suite 404

PLAINTIFF 00779

Boca Raton, FL 33432
Tel: 888.221.9243

Email Us!

HelpingWorkers.com

To ensure that you continue receiving our emails, please add us to your address book or safe list.

If you do not wish to receive our emails, please reply to help@shavitzlaw.com

ADVERTISEMENT

12

PLAINTIFF 00780

**info@helping-workers.com**

| | |
|---|---|
| **From:** | info@helping-workers.com |
| **Sent:** | Wednesday, February 20, 2013 2:27 PM |
| **To:** | 'devoirfunches@gmail.com' |
| **Subject:** | Advertisement regarding Morgan Stanley Lawsuit |

ADVERTISEMENT

# SHAVITZ
### LAW GROUP, P.A.
# *Employment Lawyers*

*If you have already retained a lawyer for this matter, please disregard this communication. After searching thru lists from social media websites, resume databases, other on-line databases from commercial providers, and public records searches, we learned your name, contact information, and profession.*

February 20, 2013

## *Re: Action against Morgan Stanley*

This is to inform you of a case that we are handling against **Morgan Stanley**. The **Financial Advisor Associates** seek unpaid overtime wages because they:

- worked through lunch, and as a result, worked without being paid properly, or

- worked other overtime hours "off-the-clock."

Overtime must be paid properly for all overtime hours worked.

If you, or anyone you know, has information that you would be willing to share with us to help us in our investigation of unpaid wages at **Morgan Stanley** please call us toll-free at (**888**) **221-9243** or contact us via email at Info@HelpingWorkers.com.

More information about our law firm and our experience in representing employees is available at www.HelpingWorkers.com. Founded in 1999, the Shavitz Law Group, P.A. represents thousands of employees each year with claims for unpaid overtime wages in collective & class actions across the United States.

Very truly yours,

The Shavitz Law Group, P.A. has lawyers licensed in states including FL, NY and NJ.
Disclaimer

# SHAVITZ
### LAW GROUP, P.A.

The Shavitz Law Group
1515 S Federal Highway
Suite 404

13

PLAINTIFF 00781