UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81223-CIV-MARRA/MATTHEWMAN

FRED DEVRIES, etc. et al., individually
and on behalf of others similarly situated,

    Plaintiffs,

vs.

MORGAN STANLEY & CO. LLC,
f/k/a Morgan Stanley & Co. Inc., etc. et al.,

    Defendants.
_____/



## ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR A HEARING ON THEIR MOTION TO COMPEL [DE 245] AND ORDER SETTING HEARING

**THIS CAUSE** is before the Court upon Plaintiffs' Unopposed Request for a Hearing on Their Motion to Compel [DE 245]. The Court has reviewed the Motion [DE 245], the record, and is advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Unopposed Request for a Hearing on Their Motion to Compel [DE 245] is **GRANTED**. The parties are notified as follows:

1.) Plaintiffs' counsel and Defendant's counsel shall appear before this Court on **Thursday, April 30, 2014, at 2:30 p.m.**, at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida, 33401, Courtroom TBD, to address Plaintiffs' Motion to Compel [DE 236].

2.) This Court will hear oral argument from the parties. The parties shall confer prior to the hearing in an attempt to arrive at stipulated facts.

3.) Any motions for continuance of the hearing must be in writing and properly

filed with this Court prior to the date of the hearing.  Should a motion for continuance be granted, the moving party SHALL notify all other parties after this Court has reset the date and time of the hearing.

4.)   In the event this matter settles prior to the hearing, Plaintiff is ORDERED to so inform this Court no later than noon on the business day preceding the hearing.

**DONE AND ORDERED** in Chambers this 20th day of April, 2015 at West Palm Beach, in the Southern District of Florida.

WILLIAM MATTHEWMAN
United States Magistrate Judge