# Exhibit A

1   Beinin, Gregg Cory
2   Bruno, Daniel Ryan
3   Cole, Jeffery Ted
4   Falasca, Anthony G
5   Fruit, Michelle Manning
6   Kaur, Teesta
7   Niehenke, William Joseph
8   Pontrelli, Michael Warren
9   Radka, Jason
10  Styczynski, Matthew
11  Terhune, Jamine Ann